UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-10091-CIV-KMM/AMS

LOUIS WILLIAMS,

    Plaintiff,

v.

B.A.T. CONSTRUCTION GROUP, L.L.C, et al.,

    Defendants.
    _____/

## ORDER ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH

Presently pending before the Court are Defendants' Emergency Motion for Protective Order (DE # 27) and Emergency Motion to Quash Subpoenas and For Sanctions (DE # 29). These motions are referred to the undersigned Magistrate Judge (DE # 4).  A hearing was held on January 26, 2010, at which time the Motion for Protective Order was granted in part; and the Defendants agreed that the Emergency Motion to Quash was rendered moot by that ruling.  This Order sets forth the oral rulings.

In the Motion for Protective Order, defendants seek to cancel various depositions that were unilaterally set for January 26 and 27, 2010, since they did not receive notice until January 22, 2010.  Defendants stated that this notice gave them insufficient time to prepare for the depositions.  At the hearing, Plaintiff stated that all depositions except for that of Singh Resorts Inc. ("Singh") have been canceled.  The purpose of the deposition is to obtain records of contracts and agreements between Defendants and Hawks Cay Island Resort and Singh Resorts, Inc.  The Singh deposition was set for January 27, 2010, but it was not known whether or not the subpoena had been served. Other depositions in this case have been set for Thursday, January 28, 2010, and

Monday, February 1, 2010.  The discovery deadline in this case is February 1, 2010.

The undersigned has determined that a slight delay in the deposition date will result in adequate notice to Defendants as to this one limited deposition, since the remaining depositions have been canceled.  Therefore, the motion for protective order is granted to the extent that the deposition of Singh shall not occur on January 27, 2010, but may occur either before or after the depositions already scheduled for those dates.  This ruling does not affect the rights of Singh Corporation.

Therefore, based upon a review of the record as a whole, and for the reasons stated on the record at the hearing, it is

**ORDERED AND ADJUDGED** that Defendant's Emergency Motion for a Protective Order (DE # 27) is **GRANTED, in part**, as set forth above.  It is further

**ORDERED AND ADJUDGED** that Defendants' Emergency Motion to Quash Subpoenas and For Sanctions (DE # 29) is **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida on January 27, 2010.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
The Honorable K. Michael Moore,
    United States District Judge
All counsel of record